**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Columbia Gas Transmission Corp.,** | ) | **CASE NO. 1:05 CV 2914** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Meadow Preserve York, LLC, et al.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant Meadow Preserve York, LLC's Motion to Dismiss for Lack of Jurisdiction (Doc. 20), hereby dismisses this case without prejudice.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 5/17/06